Magistrate Judge Arnold

FILED ____ LODGED ____ RECEIVED
APR 05 2005
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

03-MD-05213-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,              )
                                        )   NO. 03-5213M
              Plaintiff,                )
                                        )
      v.                                )   ORDER EXTENDING TIME
                                        )   FOR INDICTMENT
MICHAEL KOCH,                           )
                                        )
              Defendant.                )
_____)

WHEREAS, the parties have filed a stipulation pursuant to 18 U.S.C. § 3161(h)(8)(A) extending the time for indictment in this case until May 13, 2005; and

The Court FINDS that extending the time for indictment in this case would allow defense counsel to conduct necessary investigation and would allow the parties to conduct plea negotiations that might resolve this case in a manner desirable to both parties; and

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by extending the time for indictment in this case outweigh the interest of the public and of the defendant in a more speedy indictment in this matter; now, therefore,

1  IT IS ORDERED that the time for indictment in this case shall be extended until
2  May 13, 2005, and that the period of time from April 11, 2005, up to and including
3  May 13, 2005, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A).
4  DONE this 5th day of April, 2005.

     _____
     ~~KAREN L. STROMBOM~~ J. Kelley Arnold
     United States Magistrate Judge

Presented by:

/s/
ANDREW C. FRIEDMAN
Assistant United States Attorney


/s/
TESSA M. GORMAN
Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-7970
Fax: (206) 553-0755
E-mail:  Andrew.Friedman@usdoj.gov
         Tessa.Gorman@usdoj.gov

1.
2.
3. /s/
   COLIN A. FIEMAN
   Attorney for Michael W. Koch
4.
5.
6. /s/
   LINDA R. SULLIVAN
   Attorney for Michael W. Koch
7.
8. Office of the Federal Public Defender
   1331 Broadway, Suite 400
   Tacoma, Washington 98402
9. Telephone: (253) 593-6710
   Fax: (253) 593-6714
10. E-mail: Linda_Sullivan@fd.org
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

ORDER EXTENDING TIME FOR INDICTMENT/KOCH (CR03-5213M) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101